**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CTE ELECTRICAL CONTRACTING,<br><br>        Plaintiff,<br><br>    v.<br><br>SHELL USA, INC., *et al.*,<br><br>        Defendants. | No. 23-01313 (SDW)(MAH)<br><br><br>**ORDER**<br><br><br>July 11, 2023 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation ("R&R") entered on May 30, 2023, by Magistrate Judge Michael A. Hammer ("Judge Hammer"), (D.E. 14), recommending that this matter be dismissed for lack of subject matter jurisdiction. This Court has reviewed the reasons set forth by Judge Hammer in the R&R.[1] Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Hammer, (D.E. 14), is **ADOPTED** as the conclusions of law of this Court and this matter is hereby **DISMISSED** for lack of subject matter jurisdiction.

  **SO ORDERED**.

                   /s/ Susan D. Wigenton
                  **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  Parties
    Michael A. Hammer, U.S.M.J.

---

[1] The parties did not file objections to the R&R.